```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GLENN STORMAN, :

            Plaintiff, : 09 Civ. 0338 (SHS) (AJP)

     -against- : **ORDER**

JOEL I. KLEIN, et al., :

           Defendants. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

1. At the parties' joint request, discovery is stayed until this Court rules on defendants' pending motion to dismiss.

2. The April 14, 2009 conference is cancelled.

SO ORDERED.

Dated: New York, New York
March 11, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to: John C. Klotz, Esq.
Daniel Chiu, Esq.
Judge Sidney H. Stein

C:\OPIN\