Index No. 09 CV 00338 (SHS)(AJP)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

GLENN STORMAN,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOSEPHINE MARSELLA and DENNIS BOYLES

Defendant,

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

In opposition to the defendant's motion to dismiss, plaintiff submits this Supplemental Memorandum in opposition attaching (1) Exhibits A-G; (2) Exhibit H; (3) Exhibit I.

Dated: New York, New York
March 16, 2009

    s/John C. Klotz
JOHN C. KLOTZ (JK4172)
Attorney for the Plaintiff
350 Fifth Avenue, Suite 4810
New York, New York 10118
(212) 630-2600
johnklotz@johnklotz.com

1