```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLENN STORMAN,                                  :     09 Civ. 338 (SHS)

                Plaintiff,             :

    -against-                                  :     ORDER

JOEL I. KLEIN, *ET AL.*,                        :

                Defendants.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On September 21, 2009, Magistrate Judge Andrew J. Peck issued a Report and Recommendation recommending that the Court grant summary judgment for defendants on consent and dismiss the complaint in its entirety. The Court has received plaintiff's objections dated October 22, 2009. After a *de novo* review of both the Report and Recommendation and plaintiff's objections,

        IT IS HEREBY ORDERED that Magistrate Judge Peck's Report and Recommendation is adopted and the Court grants summary judgment for defendants on consent and dismisses the complaint in its entirety.

Dated: New York, New York
       October 29, 2009

                                                            SO ORDERED:

                                                           Sidney H. Stein, U.S.D.J.